FILED
CLERK, U.S. DISTRICT COURT

AUG 11 2010

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>RANDY HORNANDEZ RIVAS )<br><br>Defendant. ) | Case No.: CR·05·657·RSWL<br><br>ORDER OF DETENTION<br>(FED. R. CRIM. P. 32.1(a)(6); 18<br>U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CONTRA___ District of ___CALIFORNIA___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

- UNDERLYING ALLEGATIONS
- FAILURE TO COMPLY WITH COURT ORDERS
- LACK OF AVAILABLE/IDENTIFIED BAIL RESOURCES

1     and/ or

2   B. ( )    The defendant has not met his/her burden of establishing by clear and

3           convincing evidence that he/she is not likely to pose a danger to the

4           safety of any other person or the community if released under 18 U.S.C. §

5           3142(b) or (c). This finding is based on the following:

6

7

8

9

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated:  8/11/10

15                              HONORABLE OSWALD PARADA
                              United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28